ATTACHMENT-A

ATTACHMENT-A

I, Detective Steven Sodd #4072, being a competent adult over the age of 18, do hereby swear and affirm that the following is true and accurate to the best of my knowledge, information and belief:

1. I am a detective with the Baltimore County Police Department's Narcotics Section
2. In October 2010 Detective Toland #3932 and I were the lead detectives in the investigation of Jacob Harryman and his drug organization. As such, during the course of the investigation, we presented affidavits to Judge Sherrie Bailey of the Circuit Court for Baltimore County Maryland, and to Scott Shellenberger, States Attorney for Baltimore County, requesting authorization to intercept the telephone communications of Jacob Harryman and members of his organization. Specifically, based upon the affidavit dated October 1st, 2010, the first order was signed authorizing the interception of two lines belonging to Jacob Harryman, "A-Line" (443-463-4951) and "B- Line (443-462-0393)." This was done by way of a Long and Short Order authorizing the interceptions.
3. Our continuing investigation resulted in the identification of other telephone lines used by Jacob Harryman. The investigation showed that Jacob Harryman used multiple phones numbers (Lines), regularly changed these numbers and planned the use of more numbers in furtherance of his drug conspiracy.
    a. For example, on October 16, 2010 at 1944 hours, Call #A-1497 was intercepted as an incoming call from 443-500-9694, utilized by Mitchell Kalavan, a known associate in the drug organization of Jacob Harryman, to 443-463-4951 (A-Line). During the call Kalavan told Harryman to call him at "work" because he lost his phone and can't find it. Harryman told Kalavan not to worry about it, they'll just get new ones and that they need new phones anyway.
4. We, Detective Sodd and Detective Toland met weekly with Judge Bailey, the supervising Judge, and advised her of the developments in the investigation including information about the use of multiple phone lines by Harryman and other members of the conspiracy. During the investigation multiple pen registers, subpoenas and other investigative tools were used to identify and verify the use of the lines targeted for interception.

5. On October 21st, 2010 we, Detective Sodd and Detective Toland presented the Court and the States Attorney with an affidavit requesting an extension of the "A-Line" (443-463-4951) and Line B (443-462-0393) and an order for "any subsequent telephone number or line assigned for Jacob Harryman." An application for the extension of the intercpetion order for Lines A and B was signed by the State's Attorney. Both a Long and Short Order were prepared for Lines A and B and signed by the Judge. The order signed by Judge Bailey effectively authorized interception of the person, Jacob Harryman,
6. Subsequent to the October 21, 2010 order, and based upon the intercepted call described above, using pen registers, , subpoenaed records and other investigative techniques, we were able to identify the "J-Line" (240-319-6579). On October 25, 2010, the affiants met with Judge Bailey, apprised her of the circumstances surrounding the identification of Line J and Judge Bailey issued the short order for Line J.
7. Due to the extension granted on October 21st, 2010 which included language for any subsequent telephone number or line assigned for Jacob Harryman", and based upon the information presented to the Judge detailing that Line J was a subsequent telephone number or line assigned for Jacob Harryman, your affiant understood that on October 25, 2010, when the court signed the short order, the court was authorizing the interception of Harryman's communications occurring over Line J.

I HEREBY SWEAR OR AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE ABOVE IS TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

Detective Steven Sodd #4072
Baltimore County Police Department
Vice Narcotics Section