# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ANTHONY J. MARCANTONI, #20283-0179, | * | |
| Plaintiff | * | |
| v | * | Civil Action No. PX-18-134 |
| POLICE COMMISSIONER FREDERICK H. BEALEFELD, III, | * | |
| STATE'S ATTORNEY GREGG L. BERNSTEIN, | * | |
| DETECTIVE STEVEN SODD, | * | |
| DETECTIVE CHRISTOPHER TOLAND, | * | |
| Defendants | | |

## ORDER

In accordance with the foregoing Memorandum Opinion, it is this 16th day of August 2019, by the United States District Court for the District of Maryland, hereby ordered that:

1. The Clerk shall AMEND the docket to reflect Detective Toland's full name;

2. The Motions to Dismiss filed by Defendants Bealefeld and Bernstein (ECF Nos. 26 and 37) are GRANTED;

3. Plaintiff's Motion to Strike Pleading (ECF No. 42) is DENIED, but construed as an opposition to ECF Nos. 26 and 37; and

4. The Clerk shall PROVIDE a copy of this Order and the foregoing Memorandum Opinion to Plaintiff and counsel of record.

/S/
Paula Xinis
United States District Judge