## Vice, Intelligence, Narcotics, CDVIT Information

**PIX/DECS** ☒ INITIAL ☐ UPDATE ☐ ARREST    DATE FAXED TO AVNT: 12/01/10

CASE # ▮▮▮▮▮    CC# ▮▮▮▮▮    DATE 11/30/10    PRECINCT 05

INVESTIGATOR(S): Toland / Bodd    NARCOTICS SQUAD/CDVIT UNIT east

TYPE OF INCIDENT/TRANSACTION: S/W

LOCATION OF INCIDENT/TRANSACTION: 9 West Biddle Street ▮▮▮▮▮

SEARCH WARRANT: ☒ YES ☐ NO

JOINT INVESTIGATION: ☐ YES ☒ NO    IF YES, WITH WHOM: _____

ASSIST CASE: ☐ YES ☒ NO    IF YES, WITH WHOM: _____

USE REVERSE SIDE OF FORM FOR ADDITIONAL NAMES OF SUSPECTS

**NAME:** MARCANTONI, ANTONI, Joseph    ALIAS/NICKNAME: Italian

SEX M    RACE W    DOB/AGE ▮▮▮▮    HGT ___ WGT ___ HAIR ___ EYES ___

ADDRESS 9 West Biddle Street    T/P # _____

CITY ▮▮▮▮    STATE md    ZIP ▮▮▮▮

SCARS, MARKS, TATTOOS _____

SS# _____    GANG MEMBER ☐ Yes ☐ No    Affiliation _____

**ARRESTED** ☐ YES ☒ NO    ☐ FELONY ☐ MISDEMEANOR    ☐ Released w/o Charge

ARREST# _____    BCI# _____    SID# _____    FBI# _____

**PAROLE** ☐ Yes ☐ No    PROBATION ☐ Yes ☐ No    AGENT _____    Date Contacted _____

**VEHICLE** YEAR ___ MAKE ___ MODEL ___ COLOR ___

TAG # ___ STATE ___ VIN# ___

## SEIZURES

**CDS PURCHASED:** TYPE/AMT ___    MONEY SPENT  ∅    **CDS SEIZED:** TYPE/AMT  ∅

**SEIZED CURRENCY:** _____

**WEAPONS SEIZED:** HANDGUNS ___ RIFLES ___ SHOTGUN ___

DEF0460

# BALTIMORE COUNTY POLICE DEPARTMENT

## HEADQUARTERS
700 EAST JOPPA ROAD
TOWSON, MARYLAND 21286

| | |
|---|---|
| STATE OF MARYLAND | IN THE CIRCUIT COURT, CRIMINAL |
| VS | FOR BALTIMORE COUNTY, MARYLAND |
| Antony Marcantoni | CASE NUMBER: _____ |
| | DOCKET NUMBER: _____ |

## SEARCH WARRANT RETURN

To the Honorable <u>Judge Cahill,</u> In and For Baltimore County, State of Maryland.

Pursuant to the Maryland Rules of Practice and Procedure, return of the Application, Affidavit, Search and Seizure Warrant and Property Inventory is hereby made by your Affiants, <u>Detective Toland #3932 and Detective Sodd #4072</u>, that the Search and Seizure Warrant was executed on the premises described as <u>9 West Biddle Street,</u> ███████ on the <u>30th</u> day of <u>November, 2010.</u>

Seized under the authority of the Search and Seizure Warrant, are those items listed on the Property Inventory Sheet attached hereto and incorporated herein.

Return is hereby made this ___9th___ day of <u>December</u>, 2010.

Honorable _____

AFFIDAVIT        ___24___
                 Number of pages

SEARCH WARRANT   ___3___
                 Number of pages

INVENTORY        ___1___
                 Number of pages

DEF0461

# BALTIMORE COUNTY POLICE DEPARTMENT
## PROPERTY INVENTORY

CC#: ▓▓▓▓▓
COMMAND: UNS

"Integrity...Fairness...Service"

RECEIVED BY: _____
RECEIVED FROM: _____
WHERE STORED: _____

PLACE BAR CODE LABEL HERE
EVIDENCE MANAGEMENT USE ONLY

PAGE 1 OF 1

Property received or recovered: Date: 11/30/10  Time: 0510  Investigating Officer: T. Seabolt  ID# 3862
Found or recovered at: 9 West Biddle Street ▓▓▓ (City) (State) (Zip Code)
Relationship to Item Seized: (CIRCLE ONE)
Taken or obtained from: MARCANTONI, ANTHONY Joseph M/W 11/6/80
(Name) (Sex/Race) (DOB)
Business Owner / Victim Claimant / **Witness Suspect** (circled) / Finder Prisoner
Address: 9 West Biddle Street ▓▓▓
Owner or Claimant: S/A Above
Address: S/A Above

Victim/Finder to Claim Property? ☐ Yes ☒ No
Property Photographed? ☐ Yes ☒ No  SF CODE: F-1

**Check One of the Following:**
☐ ABANDONED (Lost & Found)
☐ SAFEKEEPING (Prisoner's or Victim's only)
☒ EVIDENCE (All confiscated property)

Type of Incident: Search Warrant Execution
Date of Incident: 11/30/10

NOTE: Item numbers must run consecutively

| Collector's ID # | ITEM # | QUANTITY | ITEM | DESCRIPTION OF PROPERTY (Including identification marks) | E.M.U. USE ONLY |
|---|---|---|---|---|---|
| 3862 | 01 | 1 | envelope | containing miscellaneous paperwork & ledger book | |
| 3862 | 02 | 1 | bag | containing (11) cellphones & (8) chargers | |

REMARKS: _____

I HAVE WITNESSED THE INVENTORY OF THE ARTICLES ITEMIZED ABOVE, INCLUDING ALL MONIES SEIZED:

(Witness Officer)      (Signature- Claimant/Prisoner)

THE ABOVE LISTED PROPERTY HAS BEEN MARKED FOR IDENTIFICATION BY THE UNDERSIGNED IN THE FOLLOWING MANNER:

SUPERVISOR APPROVAL: _[signature]_ ID # 2029
SUBMITTING OFFICER: _[signature]_ ID # 3862

DEF0490

# BALTIMORE COUNTY POLICE DEPARTMENT
## SUPPLEMENT

"Integrity...Fairness...Service"

| 1s. DIV | 2s. PC | CC NUMBER |
|---|---|---|

| 4s. OFFENSE / INCIDENT | 5s. VICTIM / FIRM / COMPLAINANT NAME (LAST, FIRST, MIDDLE) | 6s. DATE OF ORIGINAL REPORT |
|---|---|---|
| Search Warrant Execution (JJ) 9/11 | BALTIMORE COUNTY POLICE DEPARTMENT | 11/30/10 |

| 7s. SUPPLEMENT STATUS: | [X] CONTINUATION   OR   [ ] FOLLOW-UP | 8s. IF MULTIPLE CLEARANCES, LIST CC NUMBERS: NONE |
|---|---|---|

NARRATIVE: DO NOT REPEAT RESULTS OF PRELIMINARY INVESTIGATION (CLARIFY DATA, SCREENING FACTORS, PROBABLE CAUSE, ETC). ENTER ANY INFORMATION THAT IS PERTINENT. DO NOT SUMMARIZE UNLESS NECESSARY.

| 9s. PAGE NO. 6 | 10s. ARREST DATA | NAME (LAST, FIRST, MIDDLE) | 10.1s VICTIM [ ] ADULT [ ] JUVENILE |
|---|---|---|---|
| | | BOOKING NUMBER / UID NUMBER / MISCELLANEOUS INFORMATION | |

| 11s. REF. BLOCK NUMBER | 12s. NARRATIVE |
|---|---|

| ITEM# | ITEM DESCRIPTION | RECOVERY LOCATION | RECOVERY DETECTIVE |
|---|---|---|---|
| 01 | Black/white composite book - Ledger | Rear office area, in book bag inside cabinet | Osborne |
| 02 | 9 various cellphones and chargers | Kitchen top drawer | Carrington |
| 03 | 2 new cellphones in packaging | Laundry Room | Jones |
| 04 | Misc paperwork in name of Marconioni | Rear office area - desk | Seabolt |

DETECTIVE: Seabolt

REPRESENTATIVE: No one present

| SCREENING FACTORS | 13s. INITIAL SCREENING FACTOR | A. | B. | C. | D. | E. | F. | 14s. CASE CONTINUANCE | 25s. CC NUMBER |
|---|---|---|---|---|---|---|---|---|---|
| | REVISED SCREENING FACTOR | A. | B. | C. | D. | E. | F. | 16s. TOTAL SCREENING FACTORS 0 | 15s. CASE STATUS (CIRCLE ONE) OPEN X-CLEAR SUSP CLOSED |

| 17s. REPORT DISTRIBUTION Rec Mgt ___ CID ___ FCU ___ CIAU ___ OTHER ___ | 18s. INVESTIGATING OFFICER T. Seabolt | ID# 3862 | 19s. SUPERVISOR'S APPROVAL | ID# 5041 | 20s. DATE 12/10/10 |
|---|---|---|---|---|---|
| | 21s. REPORT REVIEW OFFICER | 22s. REPORTING AREA CJ | 23s. DATE REC'D BY CENTRAL RECORDS | 24s. TELEX NUMBER | |

Form e11 (Rev. 10/06)

DEF0491

# BALTIMORE COUNTY POLICE DEPARTMENT
## SUPPLEMENT

| 1s. DIV | 2s. PC | 3s. CC NUMBER |
|---|---|---|
| VNS | OJ | [redacted] |

| 4s. OFFENSE / INCIDENT | 5s. VICTIM / FIRM / COMPLAINANT NAME (LAST, FIRST, MIDDLE) | 6s. DATE OF ORIGINAL REPORT |
|---|---|---|
| EXECUTION OF SEARCH WARRANT   OJ   F-11 | BALTIMORE COUNTY POLICE | 11 / 30 / 10 |

7s. SUPPLEMENT STATUS:  [X] CONTINUATION   OR   [ ] FOLLOW-UP

8s. IF MULTIPLE CLEARANCES, LIST CC NUMBERS

NARRATIVE: DO NOT REPEAT RESULTS OF PRELIMINARY INVESTIGATION (CLARIFY DATA, SCREENING FACTORS, PROBABLE CAUSE, ETC.). ENTER ANY INFORMATION THAT IS PERTINENT. DO NOT SUMMARIZE UNLESS NECESSARY.

| 9s. PAGE NO. 2 | 10s. ARREST DATA | NAME (LAST, FIRST, MIDDLE) | 10.1s VICTIM [ ] ADULT |
|---|---|---|---|
| | | BOOKING NUMBER / UID NUMBER / MISCELLANEOUS INFORMATION | [ ] JUVENILE |

| 11s. REF. BLOCK NUMBER | 12s. NARRATIVE |
|---|---|
| | 9 WEST BIDDLE STREET UNIT 9D BALTIMORE, MD. 21201 |

Over the last couple of months, Detectives Toland #3932 and Sodd #4072 have been conducting a narcotics investigation involving an organization distributing large amounts of controlled dangerous substances in the Baltimore Metropolitan area. Based upon the investigation, the detectives were able to obtain several search and seizure warrants. One of the search warrants obtained by the detectives was for 9 West Biddle Street, [redacted]

On November 30, 2010, at approximately 0430 hours, Detective Seabolt #3862 met with detectives from the Baltimore VCID Unit to execute the search warrant. At approximately 0510 hours, the detectives responded to 9 West Biddle Street, [redacted] to execute the search warrant. The detectives knocked and announced the presence of police. Forced entry was later gained at the rear door of the apartment. No persons were found at the location. The screen door and entry door were damaged.

An orderly search was conducted. The items seized are noted on the search warrant inventory. The items seized by Baltimore Police were released to the custody of Det. Seabolt.

The above items released to Det. Seabolt, were later packaged as evidence in Baltimore County under cc# [redacted]   See attached form 11's for additional information. Baltimore Police reported the search warrant under OCA# [redacted]. Detectives from Baltimore Police secured the rear entry door prior to exiting the location.

| SCREENING FACTORS | 13s. INITIAL SCREENING FACTOR | A. 0 | B. 0 | C. 0 | D. 0 | E. 0 | F. 0 | 14s. CASE CONTINUANCE | | |
|---|---|---|---|---|---|---|---|---|---|---|
| REVISED TOTAL | REVISED SCREENING FACTOR | A. 0 | B. 0 | C. 0 | D. 0 | E. 0 | F. 0 | 16s. TOTAL SCREENING FACTORS | 0 | 15s. CASE STATUS (CIRCLE ONE) |

| 17s. REPORT DISTRIBUTION | 18s. INVESTIGATING OFFICER | ID# | 19s. SUPERVISOR'S APPROVAL | ID# | 20s. DATE | OPEN |
|---|---|---|---|---|---|---|
| Rec. Mgt. ___ CID ___ FCU ___ CIAU ___ OTHER ___ | T. SEABOLT | 3862 | [signature] | 3041 | 12/16/10 | X-CLEAR SUSP. (CLOSED) |
| | 21s. REPORT REVIEW OFFICER | 22s. REPORTING AREA OJ | 23s. DATE REC'D BY CENTRAL RECORDS | 24s. TELEX NUMBER | | |

Form e11 (Rev. 10/06)

DEF0493